FILED
07 AUG 20 AM 8:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI WANG and ZHENG XU,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br><br>　　　　　　　　　Defendant. | CASE NO. 07 CV 1391 JM (BLM)<br><br>**ORDER DENYING EMERGENCY REQUEST FOR IMMEDIATE SEALING OF PERSONAL INFORMATION IN THE DOCUMENT** |

Plaintiffs, proceeding pro se, have filed this action for a writ of mandamus and declaratory judgment under 28 U.S.C. § 1361, asking this court to compel Defendant to complete the Federal Bureau of Investigation's security clearance of Plaintiffs, which is being made in connection with Plaintiffs' I-485 Application to Register Permanent Residence or Adjust Status. Presently before the court is a pleading submitted by Plaintiffs entitled "Emergency request for immediate sealing of personal information in the document" in which Plaintiffs request that portions of their complaint be placed under seal. Plaintiffs contend that their complaint contains personal information, such as social security numbers and birth dates, which if made available to the public could cause Plaintiffs to become victims of identity theft. The clerk's office stamped this pleading received on August 14, 2007 and forwarded it to chambers. The pleading has not yet been filed and is hereby forwarded to the clerk's office for filing.

1     The court construes Plaintiffs' pleading as an ex parte application requesting that
2 certain portions of Plaintiffs' complaint be placed under seal. The application is
3 **DENIED**. The court is not in a position to redact pleadings for parties. Plaintiffs
4 should first file a redacted version of their complaint with the court. Upon such filing,
5 the court will consider whether the original complaint should be placed under seal in
6 its entirety.

8     **IT IS SO ORDERED.**

10 DATED: 8/16, 2007

12 JEFFREY T. MILLER
United States District Judge

14 cc: all parties
15 07cv1391 Order Denying Ex Parte App.wpd

07cv1391