**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEI WANG AND ZHENG XU,<br><br>                            Plaintiff,<br>    vs.<br><br>ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br><br>                            Defendant. | CASE NO. 07 CV 1391 JM (BLM)<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR IMMEDIATE SEALING OF THE ORIGINAL COMPLAINT** |

      On August 31, 2007, Plaintiffs Wei Wang and Zheng Xu filed a motion requesting the immediate sealing of the original complaint. Plaintiffs also submitted a proposed redacted complaint.

      The court hereby grants Plaintiffs' request to place the original complaint under seal. The court further orders Plaintiffs to file a redacted complaint in which only **Social Security numbers** are redacted. Plaintiffs' request to redact further personal information, such as birth dates, addresses, email addresses, and telephone numbers, is denied.

      **IT IS SO ORDERED.**

DATED: September 7, 2007

                                                    Hon. Jeffrey T. Miller<br>
                                                    United States District Judge

cc:        All parties