1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| WEI WANG AND ZHENG XU,  | CASE NO. 07 CV 1391 JM (BLM) |
|---|---|
| Plaintiffs, | **ORDER GRANTING DISMISSAL** |
| vs. | |
| ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, | |
| Defendant. | |

Plaintiffs Wei Wang and Zheng Xu brought this mandamus action to compel the FBI to process the name checks connected to their I-485 applications for adjustment of status. Defendant moved to dismiss the complaint as moot on December 11, 2007, citing the fact that the FBI had completed Plaintiffs' name checks. On January 10, 2008, nunc pro tunc to January 8, 2008, Plaintiffs filed a notice agreeing to dismiss the case. (Doc. no. 15 (entitled "Motion to dismiss").)

Accordingly, the court hereby **DISMISSES** the action and orders the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: January 16, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:      All parties

- 1 -                                                                                                07cv1391